

U.S. COURTS

APR - 8 2019

Rcvd_____ Filed_____ Time 11:08
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO  am

To whom it may concern,

Medical Recovery Services would like to remove claim number 31 from case 18-41158 as it was a duplicate entry.

Thank you,

Kayla Bateman

Medical Recovery Services
430 Shoup Ave
Idaho Falls, Id 83402
208-359-9447

This is an attempt to collect a debt any information obtained will be used for that purpose.

**Confidentiality Statement:** This fax message is for the sole use of the intended recipient(s) and contains confidential information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient please contact the sender by reply fax and destroy all copies of the original.